UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BRITTINEE WASHINGTON,**

Plaintiff,

v.                                                      **No. 4:21-cv-871-P**

**NATIONAL OILWELL VARCO, L.P.,**

Defendant.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order dismissing the case issued on October 7, 2022:

Defendant National Oilwell Varco, L.P.'s motion for summary judgment (ECF No. 25) is **GRANTED**. Plaintiff Brittinee Washington's Title VII discrimination claims, 42 U.S.C. § 1981 discrimination claims, Title VII retaliation claim, and Texas state law tort claim are each **DISMISSED with prejudice**.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that this civil action is **DISMISSED with prejudice**. The Clerk shall transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **7th day** of **October 2022**.

**MARK T. PITTMAN**
**UNITED STATES DISTRICT JUDGE**